UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-02557-ODW-(AGRx) | Date | December 16, 2021 |
|---|---|---|---|
| Title | *Pamela Chotiswadi v. Monarch Recovery Management, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**          **In Chambers**

Pursuant to the Stipulation to Dismiss (ECF No. 19) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. All dates and deadlines in this action are **VACATED** and taken off calendar; and

3. The parties shall bear their own costs and attorneys' fees.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:       00

Initials of Preparer    SE